THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN MIN,<br><br>           Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>           Respondent. | CASE NO. C11-0647-JCC<br>              CR09-0083-JCC<br><br>ORDER GRANTING THE STIPULATED MOTION AND STRIKING THE EVIDENTIARY HEARING |

This matter comes before the Court on the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge. The Court, having considered the petitioner's motion under §2255 (Dkt. No. 1), the Report and Recommendation (Dkt. No. 15), the parties' stipulated motion for voluntary dismissal without prejudice (Dkt. No. 14), and the balance of the record, does hereby find and **ORDER**:

    (1)    The Court **ADOPTS** the Report and Recommendation (Dkt. No. 15);

    (2)    The stipulated motion to dismiss the matter without prejudice (Dkt. No. 14) is **GRANTED**;

    (3)    The evidentiary hearing set for June 19, 2012, is **STRICKEN**; and

CR09-0083-JCC
PAGE - 1

(4) The Clerk of Court is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

DATED this 23rd day of April 2012.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE